UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-7215-JFW (KSx)**                                   Date: January 11, 2017

Title: R.E. *by and through her Guardian Ad Litem* Lisa Harrison -v- William S. Hart Union High School District

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                None Present
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
None                                                                          None

PROCEEDINGS (IN CHAMBERS):     ORDER DISMISSING ACTION WITHOUT PREJUDICE

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 26, 2016, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for January 23, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.